```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                      CHARLOTTE DIVISION
                        3:07CV148-W
```

```
RICHIE BUCHANAN,              )
     Plaintiff,               )
                              )
          v.                  )          ORDER
                              )
MICHAEL J. ASTRUE, Commis-    )
   sioner of the Social       )
   Security Administration,   )
     Defendant.               )
_____)
```

**THIS MATTER** comes before the Court on the plaintiff's amended "Application To Proceed Without Prepayment Of Fees And Affidavit" form, filed April 27, 2007.  For the reasons stated herein, the amended IFP Application will be granted.

By the subject amended Application, the plaintiff again is seeking permission to proceed with his Complaint for Social Security benefits without having to prepay the costs associated with bringing that action.

The Court denied the original Application, but granted the plaintiff permission to amend his request.  In the original Application, the plaintiff failed to answer question 2b relating to the date and circumstances of his last employment.  Additionally, the plaintiff reported that within the 12 months preceding the filing of his Application, he had not received any money from any source.  Likewise, the plaintiff denied that he had any funds in a

bank account, or any other resources upon which he was able to rely. The Court denied the IFP Application, since the plaintiff failed to answer question 2b and failed to provide information on how the plaintiff could sustain himself and his dependent wife.

In the amended Application, the plaintiff states that he last worked on September 15, 2003. The plaintiff further reports that his sole source of income is $284 in food stamps per month. In addition, the plaintiff states that he has $16 in a savings account, but no further financial resources. Finally, the plaintiff reports that he and his wife have been living with friends who have been providing them shelter.

In light of the foregoing representations, the Court finds that the plaintiff is indigent and has insufficient resources to pay the filing fee. Accordingly, the plaintiff's IFP Application will be <u>granted</u>.

**NOW, THEREFORE, IT IS ORDERED:**

1. That the plaintiff's IFP Application is **GRANTED**;

2. That the clerk shall prepare process and deliver same to the U.S. Marshal. The U.S. Marshal shall serve process upon the U.S. Attorney.

SO ORDERED.

Signed: May 31, 2007

Frank D. Whitney
United States District Judge