IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**CIVIL CASE NO. 3:07cv148**

| | |
|---|---|
| RICHIE J. BUCHANAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Vacate Judgment [Doc. 31], filed August 28, 2008. The Plaintiff has not filed any opposition to the Defendant's motion.

When a case is remanded pursuant to sentence six of 42 U.S.C. §405(g), the Court retains jurisdiction during the administrative proceedings on remand, and judgment should not enter until the Commissioner issues a new final decision at the administrative level and the case returns to this Court. See Melkonyan v. Sullivan, 501 U.S. 89, 102, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991). Accordingly, **IT IS,**

**THEREFORE, ORDERED** that the Defendant's Motion to Vacate Judgment [Doc. 31] is **ALLOWED**, and the Clerk's Judgment [Doc. 30] entered on August 22, 2008 is hereby **VACATED**. This Order in no way disturbs the prior Order of this Court remanding the matter to the Commissioner for further proceedings.

**IT IS SO ORDERED**.

Signed: September 16, 2008

Martin Reidinger
United States District Judge