# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:07cv148

| | |
|---|---|
| RICHIE J. BUCHANAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Entry of Judgment. [Doc. 39].

On August 22, 2008, the Court entered an Order [Doc. 29] remanding this case to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g) for the consideration of new evidence. On June 3, 2009, an administrative law judge reviewed this new evidence and issued a new decision, which was fully favorable to the Plaintiff. [See Doc. 39-1].

No contested issues remain in this case. Therefore, the Court now will enter judgment affirming the Commissioner's Final Decision subsequent to remand. See Melkonyan v. Sullivan, 501 U.S. 89, 102, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991).

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Entry of Judgment [Doc. 39] is **GRANTED**. A Judgment affirming the Commissioner's Final Decision subsequent to remand shall be entered contemporaneously herewith.

**IT IS SO ORDERED.**

Signed: November 23, 2009

Martin Reidinger
United States District Judge