IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:07cv148

| | |
|---|---|
| RICHIE J. BUCHANAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## **J U D G M E N T**

For the reasons stated in the Order entered contemporaneously herewith, the Final Decision of the Commissioner issued June 3, 2009 is hereby **AFFIRMED**, and Judgment is hereby entered in favor of the Plaintiff Richie J. Buchanan against the Defendant Michael J. Astrue, Commissioner of Social Security in accordance with the Commissioner's Final Decision.

Signed: November 23, 2009

Martin Reidinger
United States District Judge