# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Richie Buchanan,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                          3:07cv148

Michael J. Astrue ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 7, 2010 Order.

                                          Signed: January 7, 2010

Frank G. Johns, Clerk
United States District Court